HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDGAR L. HANSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | CASE NO. 11-cv-5287 RBL<br><br>ORDER<br><br>(Dkt. #44, 47) |

　　　　Plaintiff has commenced a third lawsuit relating to the foreclosure of his property, this time in Clark County. Plaintiff had commenced two earlier suits: under this cause number, the Court dismissed Plaintiff's numerous claims. In a second suit, *Hanson v. Mortgage Electronic Registration Systems, Inc.*, No. 12-cv-5995-RBL, Plaintiff voluntarily dismissed the same claims. Defendants request an injunction under the All Writs Act, 28 U.S.C. § 1651, ordering Plaintiff to dismiss his state-court suit because it is barred by the doctrine of res judicata.

　　　　The Court is sympathetic to Defendants' position; however, their Motions are properly directed to the Clark County superior court. *See Samson v. NAMA Holdings, LLC.*, 637 F.3d 915, 937 n.93 (9th Cir. 2011) (noting that action under the All Writs Act should be reserved of "extraordinary" causes).

ORDER - 1

Defendants' Motions for Injunction (Dkts. #44, 47) are **DENIED**.

Dated this 23rd day of July, 2013.

  _____
  RONALD B. LEIGHTON
  UNITED STATES DISTRICT JUDGE

- 2

Defendants' Motions for Injunction (Dkts. #44, 47) are **DENIED**.

Dated this 23rd day of July, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE